UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| VAFA SHAMSAI-NEJAD, Plaintiff, v. CLARK COUNTY SCHOOL DISTRICT and MS. STEGGER, Defendants. | Case No. 2:12-cv-01205-MMD-GWF ORDER |
|---|---|

Before the Court for consideration is the Report and Recommendation (dkt. no. 2) of the Honorable George Foley, Jr., United States Magistrate Judge, entered August 16, 2012. No objections have been filed. The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, and determines that Magistrate Judge Foley's Recommendation should be ACCEPTED.

IT IS THEREFORE ORDERED that Plaintiff Vafa Shamsai-Nejad's Complaint (dkt. no. 3) is DISMISSED without prejudice. Plaintiff shall have 30 days from the entry of this Order to file an amended complaint correcting the noted deficiencies.

IT IS SO ORDERED.

DATED this 10th day of October 2012.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE