1
2
3
4
5
6                        UNITED STATES DISTRICT COURT
7                              DISTRICT OF NEVADA
8                                    * * *
9  VAFA SHAMSAI-NEJAD,                    Case No. 2:12-cv-01205-MMD-GWF
                              Plaintiff,
10                                                     ORDER
            v.
11
    CLARK COUNTY SCHOOL DISTRICT and
12  MS. STEGGER,
13                            Defendants.
14
15         Before the Court for consideration is the Report and Recommendation (dkt. no. 2)
16  of the Honorable George Foley, Jr., United States Magistrate Judge, entered August 16,
17  2012.  No objections have been filed. The Court has conducted a *de novo* review of the
18  record in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, and
19  determines that Magistrate Judge Foley's Recommendation should be ACCEPTED.
20         IT IS THEREFORE ORDERED that Plaintiff Vafa Shamsai-Nejad's Complaint
21  (dkt. no. 3) is DISMISSED without prejudice.  Plaintiff shall have 30 days from the entry
22  of this Order to file an amended complaint correcting the noted deficiencies.
23         IT IS SO ORDERED.
24         DATED this 10th day of October 2012.
25
26                                    _____
                                           MIRANDA M. DU
27                                     UNITED STATES DISTRICT JUDGE
28