**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| VAFA SHAMSAI-NEJAD, | Case No. 2:12-cv-01205-APG-GWF |
| Plaintiff(s), | **ORDER DISMISSING CASE** |
| v. | |
| CLARK COUNTY SCHOOL DISTRICT and MS. STEGGER, | |
| Defendant(s). | |

On October 10, 2012, this Court entered its Order stating, in pertinent part: "that Plaintiff Vafa Shamsai-Nejad's Complaint (Dkt. #3) is DISMISSED without prejudice. Plaintiff shall have 30 days from the entry of this Order to file an amended complaint correcting the noted deficiencies." To date, Plaintiff has not filed an amended complaint. Accordingly,

**IT IS HEREBY ORDERED** that this case is DISMISSED without prejudice. The clerk of the Court shall accept no further filings in this case.

Dated: May 28, 2013

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE